*Ayew* v. *Willard Hawes & Co., Inc.*, 256 App. Div. 1070.] Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

PARAMOUNT PICTURES, INC., v. BEN BLUMENTHAL.— Motion for leave to appeal to the Court of Appeals and for a stay pending appeal granted. [See 256 App. Div. 756.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

## (May 23, 1939.)

In the Matter of the Application of MAURICE ABRAMS, JOSEPH BRAUNSTEIN and Fifty-eight Others, Petitioners, Respondents, EDITH BRITT, THELMA C. BUCHANAN and Seven Others, Petitioners-Intervenors, Respondents, for an Order under Article 78, Civil Practice Act,' against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, and WILLIAM HODSON, Commissioner, Department of Welfare of the City of New York, Respondents, Appellants, and HARRY K. MAPLES, GERTRUDE F. MILNE and Forty-seven Others, Intervenors, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P J., O'Malley, Townley, Dore and Callahan, JJ.·

## (May 26, 1939.)

INTER-CITY MANAGEMENT CORP., Appellant, v. MAX SCHNUR, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FANNIE SCHIFFMAN, as Administratrix, etc., of TOBY BECKER, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of the Interborough Rapid Transit Company, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that there is no evidence from which the trial court could infer that decedent met her death by reason of conditions establishing defendant's negligence as the proximate cause thereof. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

INTER-CITY MANAGEMENT CORPORATION, Respondent, v. MAX SCHNUR, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

FEER REALTY CORPORATION, Respondent, v. CHARLES F. DOWE, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and dismiss the complaint.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of GUARDIAN CASUALTY COMPANY, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HART SALES CORPORATION, Respondent, Appellant, v. EMPIRE STATE CONCRETE PIPE CORPORATION, Appellant, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

MINNIE S. PEGRAM, Appellant, v. MASON & HANGER COMPANY, SILAS MASON COMPANY, INC., Respondents, Impleaded with Another, Defendant.—Order